**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Green District Franchisee Parent Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4606691** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **225 S. 5th Street**<br>**Louisville, KY 40202** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://gdsalads.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Green District Franchisee Parent Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **Green District Franchisee Parent Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Green District Franchisee Parent Inc.**

Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Green District Franchisee Parent Inc.**

Name

Case number (*if known*) _____

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 18, 2023**

MM / DD / YYYY

**X** **/s/ Chris Furlow**

Signature of authorized representative of debtor

**Chris Furlow**

Printed name

Title   **Director**

---

**18. Signature of attorney**

**X** **/s/ Dean A. Langdon**

Signature of attorney for debtor

Date   **August 18, 2023**

MM / DD / YYYY

**Dean A. Langdon**

Printed name

**DelCotto Law Group PLLC**

Firm name

**200 North Upper St.**
**Lexington, KY 40507**

Number, Street, City, State & ZIP Code

Contact phone   **(859) 231-5800**      Email address

**40104 KY**

Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Green District Franchisee Parent Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 18, 2023**   X **/s/ Chris Furlow**
   Signature of individual signing on behalf of debtor

   **Chris Furlow**
   Printed name

   **Director**
   Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Green District Franchisee Parent Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **4 Peaks Woodwork 2403 Zhale Smith Rd LaGrange, KY 40031** | | | | | | **$6,600.00** |
| **AE Urbia Architects & Engineers 909 West South Jordan Pkwy South Jordan, UT 84095** | | | | | | **$8,188.00** |
| **American Express PO Box 981535 El Paso, TX 79998-1535** | | credit card | | | | **$30,109.67** |
| **Avenue Construction 7110 Peach Ct Brentwood, TN 37027** | | | | | | **$182,030.00** |
| **CGGD Franchisee, LP 201 E. Jefferson Street Suite 150 Louisville, KY 40202** | | loan from affiliate | | | | **$14,982,000.00** |
| **Chase PO Box 15298 Wilmington, DE 19850-5298** | | credit card | | | | **$15,499.18** |
| **Commonwealth Sign Co 1824 Berry Blvd Louisville, KY 40215** | | | | | | **$9,584.54** |
| **Dine Company 3110 Preston Hwy Louisville, KY 40213** | | | | | | **$88,264.78** |

Debtor  **Green District Franchisee Parent Inc.**                              Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Door Unlimited of Tennessee PO Box 840602 Dallas, TX 75284-0602** | | | | | | **$6,893.19** |
| **FTL Builders 2768 E. 3835 So. Salt Lake City, UT 84109** | | | | | | **$76,619.31** |
| **Granite PO Box 983119 Boston, MA 02298-3119** | | | | | | **$7,983.47** |
| **Maestro Development 9380 Montgomery Road Suite 205 Cincinnati, OH 45242** | | | | | | **$14,590.00** |
| **Mion Construction 780 Windlass Ct Kissimmee, FL 34746** | | | | | | **$8,914.53** |
| **Miramar Cener Associates II, LLLP David W. Black, Esq. Frank Weinberg & Black P L 7805 SW 6th Ct Fort Lauderdale, FL 33324-3203** | | | | | | **$108,000.00** |
| **Miranda Construction 322 East Kentucky St Louisville, KY 40203** | | | | | | **$46,330.81** |
| **Miranda Construction, Inc. 828 S. 6th Street Louisville, KY 40203** | | | | | | **$51,910.81** |
| **Rent - Monument Circle (Guaranty Holding c/o Premier Commercial 6284 Rucker Road Suite M Indianapolis, IN 46220** | | | | | | **$29,069.20** |

Debtor    **Green District Franchisee Parent Inc.**
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Station Park CenterCal Owner, LLC c/o CenterCal Properties, LLC 1600 East Franklin Ave Gardena, CA 90248** | | | | | | **$1,050,015.60** |
| **Switchbacks FC, LLC 111 W Cimarron Street Colorado Springs, CO 80903** | | | | | | **$9,016.80** |
| **US FOODS PO Box 78000 Dept #78792 Detroit, MI 48278-0792** | | | | | | **$90,643.91** |

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Green District Franchisee Parent Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **CGGD Franchisee, LP**<br>**201 E. Jefferson St., Ste. 150**<br>**Louisville, KY 40202** | | | **preferred 17,000 stock** |
| **Chris Furlow**<br>**1022 Caiman Ct.**<br>**Sellersburg, IN 47172** | | | **common 10,000 stock** |
| **Jordan Doepke**<br>**6312 Mistflower Cir.**<br>**Prospect, KY 40059** | | | **common 17,000 stock** |
| **Matt Petty**<br>**1052 Alta Vista Road**<br>**Louisville, KY 40205** | | | **common 7,500 stock** |
| **Sean Bingham**<br>**15 Glennwood Road**<br>**Louisville, KY 40222** | | | **common 200 stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 18, 2023**

Signature    **/s/ Chris Furlow**

**Chris Furlow**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Kentucky**

In re   **Green District Franchisee Parent Inc.**                                                      Case No. _____

                                                       Debtor(s)                     Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **August 18, 2023**                          **/s/ Chris Furlow**

                                             **Chris Furlow/Director**
                                             Signer/Title

```
4 Peaks Woodwork
2403 Zhale Smith Rd
LaGrange, KY 40031

5/3 Bank - CBRE
38 Fountain Square Plaza
Cincinnati, OH 45263

9625 Prominent Point LLC
102 North Cascade Avenue
Suite 550
Colorado Springs, CO 80903

Abigail Brooking
8315 Spyglass Drive
Apt 2A
Indianapolis, IN 46260

Abigail Emerson
7611 Home Drive
Fishers, IN 46038

Abigail Kate Wallace
6112 Winkler Rd
Crestwood, KY 40014

Able 2 Loan LLC
2527 Nelson Miller Parkway
Suite 207
Louisville, KY 40223

Addison Rose Forristal
14103 Marley Place
Louisville, KY 40245

AE Urbia Architects & Engineers
909 West South Jordan Pkwy
South Jordan, UT 84095

Alex Davis, Esq.
ALEX DAVIS LAW OFFICE PSC
445 BAXTER AVE, SUITE 275
Louisville, KY 40204

Alex White, Esq.
Alex R. White, PLLC
904 Minoma Ave
Louisville, KY 40217

Alexander James Clarke
2709 Razor View Court
Louisville, KY 40299
```

Alexandra Ely
13575 Courtney Drive
Fishers, IN 46038

Alice Kolwicz
2373 Flora Street
Cincinnati, OH 45219

Alicia Carolyn Sanchez
6549 Canastota Dr
Fairfield, OH 45011

Alisha Norman
2027 3rd Ave
Cincinnati, OH 45224

Allied Electric Sign & Awning
PO Box 27911
Salt Lake City, UT 84127

Amanda Anderson
10921 Sharondale Rd
Cincinnati, OH 45241

American Express
PO Box 981535
El Paso, TX 79998-1535

Andrew Jacoby Taylor
5023 Webster Dr
Noblesville, IN 46062

Anna Burzynski
80 Valley Road
Louisville, KY 40204

Anna-Grace Alberta Phillips
7014 Cherry Grove Lane
Pewee Valley, KY 40056

Annabel Louise Bryant
2108 Eastview Avenue
Louisville, KY 40205

Annabelle Miller
5915 Waveland Circle
Prospect, KY 40059

Anthem BCBS
PO Box 4445
Atlanta, GA 30302

Anything Groes
PO Box 305
Buckner, KY 40010

```
Aramark Uniform
2680 Palumbo Drive
Lexington, KY 40509

Ariana Nicole Aloma
19107 Brattle Lane
Louisville, KY 40245

Ariel L Wigginton
202 Wooded Falls Road
Louisville, KY 40243

Ashley N Massie
1517 Cliftwood Drive
Clarksville, IN 47129

Atri Parsons
12734 Churchill Pkwy
Goshen, KY 40026

Aurora Rose Walters
9439 Evergreen Avenue
Apt C
Indianapolis, IN 46240

Austin James Rivers
1204 E Broadway
Unit 3
Louisville, KY 40204

Autumn Faith Bolden
8717 Randall Dr
Fishers, IN 46038

Ava L Sekelsky
17012 Polo Fields Lane
Louisville, KY 40245

Ava M Berry
3013 Callaway Drive
Jeffersonville, IN 47130

Avenue Construction
7110 Peach Ct
Brentwood, TN 37027

Barry Worrell
2460 Saturn St
Cincinnati, OH 45214

Bella Rain Tackett
2015 Ballard School Road
La Grange, KY 40031
```

Benjamin Hagan
1628 South 3rd Street
#4
Louisville, KY 40208

Bethany A Kenny
2005 Baringer Ave
Louisville, KY 40204

Blake Andrew Cummins
5303 Pavilion Way
Louisville, KY 40291

Branch Creek Partners
5210 Maryland Way
Suite 103
Brentwood, TN 37027

Brian J Sekelsky
17012 Polo Fields Ln
Louisville, KY 40245

Burdorf Properties, LLC
3939 Shelbyville Road
Louisville, KY 40207

Caitlyn Hill
8006 Cardinal Meadow Ct
Unit 4
Louisville, KY 40222

Carly Snellen
536 Knapp Lane
Taylorsville, KY 40071

Carson Blanford
4208 Saint Thomas Avenue
Louisville, KY 40218

Carter Suddick
4710 Lowe Road
Louisville, KY 40220

Central Building LLC
3601 E. Colter Street
Phoenix, AZ 85018

CGGD Franchisee, LP
201 E. Jefferson Street
Suite 150
Louisville, KY 40202

Chadley Sekelsky
1104 Cherokee Rd
Louisville, KY 40204

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chelsie Sue Deaton
17014 Shelbyville Rd
500 E
Fisherville, KY 40023

Chloe E Ipsen
15706 Hush Hickory Bend
Westfield, IN 46074

Chris Furlow
1022 Caiman Ct.
Sellersburg, IN 47172

Cintas
PO Box 630921
Cincinnati, OH 45263-0921

Commonwealth Sign Co
1824 Berry Blvd
Louisville, KY 40215

Coral Springs Trade Center, Ltd.
2900 University Drive
Coral Springs, FL 33065

Courtney P Miranda
1209 Aebersold Dr
New Albany, IN 47150

Cozzini Bros, Inc
350 Howard Ave
Des Plaines, IL, IL 60018

Creation Gardens
PO Box 950301
Louisville, KY 40295

Custom Supply Group
2 Bay Springs Dr
Simpsonville, SC 29681

Cynthia Hall
212 Evergreen Court
Clarksville, IN 47129

Daisy Mae Elzy
1595 Brandenburg Rd
Leitchfield, KY 42754

Daniel Fern
2500 Fureen Dr
Louisville, KY 40218

Dante Childers
2442 Golf Drive
Cincinnati, OH 45239

Darius Jackson
1705 Russell Lee Drive
Louisville, KY 40211

Darren Williams
2428 Losantiville Avenue
#2
Cincinnati, OH 45237

Darriyan Harper
7075 Watersedge Dr
Apt 112
Cincinnati, OH 45241

Dawson Alexander Brawner
Brandon Circle
10605 High Plains Pass
Sellersburg, IN 47172

Deborah Schuster
6406 Eagle View Dr.
Mason, OH 45040

Deeksha G Badugu
12214 Eddington Place
Fishers, IN 46037

Demetrick Devon Toney
3232 West 34th Street
Indianapolis, IN 46222

Diana J Mejia Gonzalez
149 Redeagle Way
Cincinnati, OH 45216

Dine Company
3110 Preston Hwy
Louisville, KY 40213

Door Unlimited of Tennessee
PO Box 840602
Dallas, TX 75284-0602

Ecolab
26252 Network Place
Chicago, IL 60673-1262

Eleanor Holder
510 Vineleaf Drive
Louisville, KY 40222

Elgin DeJean Jr
223 North New Jersey Street
Suite A
Indianapolis, IN 46204

Elisha Townsend
3446 Birchwood Ave
Indianapolis, IN 46205

Elizabeth D. Milliken
1800 Knollwood Rd
Louisville, KY 40207

Elizabeth Wilson
8006 Cardinal Meadows Ct
Unit 4
Louisville, KY 40222

Ella Dye
404 Springwood Ln
Louisville, KY 40207

Ella G Motluck
3212 Liberty Way
Jeffersonville, IN 47130

Ella Rose Bishop
3902 Woodmont Park Lane
Louisville, KY 40245

Elsie Lindsay Iglar
609 Woodlake Dr
Louisville, KY 40245

Emery Patricia Stephens
6303 Zurich Court
Prospect, KY 40059

Emily Meadows
6017 Waterfall Way
Prospect, KY 40059

Emily R Proctor
44 Sycamore Rd
Jeffersonville, IN 47130

Emma Atherton Frey
10526 Going Court
Louisville, KY 40241

Emma K Hedden
2880 Woodlawn Rd
Shelbyville, KY 40065

Emory Ash
1024 Rollingwood Ln
Goshen, KY 40026

Erica Templeton
726 East Chestnut Street
Jeffersonville, IN 47130

Erin F Stensrud
2237 Birch Drive
Clarksville, IN 47129

Fhonrak Polsil
230 E. 5th St.
Apt 1
Newport, KY 41071

Five Star Restaurant Equipment Repair
1823 W Vermijo Ave
Colorado Springs, CO 80904

FTL Builders
2768 E. 3835 So.
Salt Lake City, UT 84109

GKT Belleview Promenade LLC
211 North Stadium Blvd
Suite 201
Columbia, MD 65203

GKT Southbridge TC1, L.L.C.
211 North Stadium Blvd
Suite 201
Columbia, MO 65203

GL Commercial
1600 Sawgrass Corporate Pkwy
Suite 400
Sunrise, FL 33323

Grace Keyes
7435 W Orchard Grass Blvd
Crestwood, KY 40014

Grace V Carroll
11929 Copper Mines Way
Fishers, IN 46038

Grand Opening Key
14461 Boggs Dr
Miami, FL 33176

Granite
PO Box 983119
Boston, MA 02298-3119

Grant Kane
11499 N College Ave
Carmel,, IN 46032

Guaranty Holdings Company, LLC
20 North Meridian Street
Suite 300
Indianapolis, IN 46204

Gulley Cutlery
3517 Paoli Pike
Floyds Knob, IN 47119

Hamilton County, OH (DOR)
PO Box 2679
Columbus, OH 43270

Hannah Frownfelter
815 East 84th Street
Indianapolis, IN 46240

Hanover
Insurmax
PO Box 20829
Louisville, KY 40250

Harvest Landing Shops, LLC
5253 West 16th Street
Speedway, IN 46224

Haylie Elizabeth Campbell
15608 Beckley Hills Dr
Louisville, KY 40245

Heaven N McNeal
5305 Hames Trace
#027
Louisville, KY 40291

Heidy Elizabeth Aguilar
2025 Brownsboro Rd
Apt 407
Louisville, KY 40206

Hiroko Ochiai
1849 Poplar Dr
Loveland, OH 45140

Holston Gases
385 Terry Blvd.
Louisville, KY 40229

HR Alliance
13138 Wilhoyte Court
Prospect, KY 40059

Hunter Sekelsky
17012 Polo Fields Lane
Louisville, KY 40245

IN Whitestown Perry Worth, LLC
201 Riverplace
Suite 400
Greenville, SC 29601

Indiana Oxygen Co
6099 West Corporate Way
Indianapolis, IN 46278

Isabel G Reimer
162 Ridgewood Dr.
Pewee Valley, KY 40056

Isabella R Feige
4427 Abbott Grove Dr
Crestwood, KY 40014

Jackson Turner
574 Wooded Falls Rd
Louisville, KY 40243

Jacob Staley
3365 Kathy Lane
Cincinnati, OH 45238

Jaden Turner
1106 Poplar Level Plz
Apt 15
Louisville, KY 40217

Jalecia George
2820 Griffiths Ave.
Apt #4
Cincinnati, OH 45208

Jamar Green
2431 Montana Avenue
#7
Cincinnati, OH 45211

Janay Nichole Tucker
1729 Casey Dr
#204
Cincinnati, OH 45233

Jayden A Baldon
2023 Magazine St
Louisville, KY 40203

Jeanelyss J Lopez
1941 Dalewood Pl
Cincinnati, OH 45237

Jhaisa L McDaniel
201 Luther Cir
Clarksville, IN 47130

Johanna DeVaux
2142 Highland Avenue
Apt 1
Cincinnati, OH 45219

John David Templeton
726 East Chestnut Street
Jeffersonville, IN 47130

Jonathan Bryant Cowherd
3365 Kathly Ln
Cincinnati, OH 45238

Jonathan Clark
347 Belvar Ave
Louisville, KY 40206

Jordan Doepke
6312 Mistflower Cir.
Prospect, KY 40059

Jordan Kennedy Harris
13119 Knights Way
Fishers, IN 46037

Jose Tapia Gonzalez
1504 Parakeet Place
Apt 4
Louisville, KY 40222

Joy Gatta
7809 Brownsboro Rd
Louisville, KY 40241

Joy Marie Bauer
13014 Observation Cir
Louisville, KY 40243

Julia Davis
3844 Kilburn Ct
Indianapolis, IN 46228

Julia R Hoyer
3413 Justinian
Jeffersonville, IN 47130

Julianna Wing
6303 Thomas Court
Prospect, KY 40059

Kaelen F McCoy
13436 Chrisfield Ln
Fishers, IN 46055

Kaitlyn Grace Gillon
11526 Raleigh Lane
Fishers, IN 46038

Kaitlyn Yagelski
12090 Honey Creek Court
Fishers, IN 46037

Kali T Borho
843 Melford Avenue
Louisville, KY 40217

Karen Garcia
3779 Cooper Road
Blue Ash, OH 45241

Katelyn King
7781 Carly Ct.
Fishers, IN 46038

Katherine Holder
510 Vineleaf Drive
Louisville, KY 40222

Katie Smith
1802 Hampton Way
Goshen, KY 40026

KDC Development, LLC
Kaden Tower - 6th Floor
6100 Dutchmans LN
Louisville, KY 40205

Kelsey Hale
1909 Beechlawn Drive
Clarksville, IN 47129

Kelvin Roberson
145 Mulberry St
#1
Cincinnati, OH 45202

Kenneth Dean Stewart
2641 Front Royal Dr
Colorado Springs, CO 80919

Kiley M Baca
3918 Sarah Dr
Jeffersonville, IN 47130

Kimberly Mattox
511 Emerson Dr
Fortville, IN 46040

KKP-Drake, LLC c/o Kornfeld Real Estate
5211 S. Quebec Street
Greenwood Village, CO 80111

KRG Nora Plaza, LLC
30 South Meridian Street
Suite 1100
Indianapolis, IN 46204

Krishna Bhagat
2326 Chickasaw St
Cincinnati, OH 45219

Kunyawee Mee-aroon
230 E. 5th St.
Apt 1
Newport, KY 41071

Kyra Mchugh
7870 Jolain Dr
Montgomery, OH 45242

Lainey Grace Frye
18326 Standwick Drive
Louisville, KY 40245

Latariana Tucker
5123 Colerain Ave
Apt 3
Cincinnati, OH 45223

Lauren Clark
2403 Wood Duck Pl
Jeffersonville, IN 47130

Lauren J Aronica
11374 Wolf Dancer Pass W
Apt 102
Fishers, IN 46037

Lauren Madison Isaacs
10506 Firview Ct
Louisville, KY 40299

Lauren Rachelle Norman
4261 Webster Ave
Cincinnati, OH 45236

Lauren Scott
12803 Crestview Cv
Prospect, KY 40059

Learfield Communications, LLC
2400 Dallas Parkway
Suite 500
Plano, TX 75093

Liberty Retail Management, LLC
30200 Telegraph Rd, Suite 205
Bingham Farms, MI 48025

Lorena Rodriguez
2904 River Heritage Trail
Jeffersonville, IN 47130

Lot C&D Development
3034 Rear Hunsinger Lane
Louisville, KY 40220

Lunchbox Technologies, Inc.
228 Park Avenue S
PMB 68378
New York, NY 10003

Madeline E Payne
13233 Ashwood Drive
Fishers, IN 46038

Madelyn Ferris
12336 Quarry Face Court
Fishers, IN 46037

Madelyn Lozier
3100 Blue Sky Loop
Jeffersonville, IN 47130

Madison Nicole Haver
2837 Minto Avenue
Cincinnati, OH 45208

Maestro Development
9380 Montgomery Road
Suite 205
Cincinnati, OH 45242

Marcelus Hayes
1036 Townhill Rd
Taylorsville, KY 40071

Margarito Cuautle
9950 Kramer Ct
Indianapolis, IN 46235

Maria Ann Kozma
1207 Polo Run Court
Louisville, KY 40245

Mariah A Stavroulakis
9201 Trentham Lane
Louisville, KY 40242

Mario Alexander Flores
204 Minette Circle
Louisville, KY 40258

Marion County, IN (DOR)
PO Box 7229
Indianapolis, IN 46207

Matt Petty
1052 Alta Vista Rd
Louisville, KY 40205

Maya Johnson
1422 Gamma Ct
Clarksville, IN 47129

Megan E Lapp
6944 Riverside Way
Fishers, IN 46038

Megan Engel
7321 Jan Place Street
Louisville, KY 40258

Melanie J. VartaBedian, Esq.
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111

Melissa K. Lonergran
Manion Stigger, LLP
500 W. Jefferson Street
Suite 1610
Louisville, KY 40202

Menda Tipton
13820 Taylorsville Road
Louisville, KY 40299

MetLife
200 Park Avenue
New York City, NY 10166

Mia Helen Holzbach
11624 Wedgeport Lane
Fishers, IN 46037

Middletown Investment Partners - GBT
9010 Overlook Blvd
Brentwood, TN 37027

Mion Construction
780 Windlass Ct
Kissimmee, FL 34746

Miramar Cener Associates II, LLLP
David W. Black, Esq.
Frank Weinberg & Black P L
7805 SW 6th Ct
Fort Lauderdale, FL 33324-3203

Miramar Centre Associates II, LLLP
1600 Sawgrass Corporate Pkwy
Suite 400
Sunrise, FL 33323

Miranda Construction
322 East Kentucky St
Louisville, KY 40203

Miranda Construction, Inc.
828 S. 6th Street
Louisville, KY 40203

Molly Schneider
932 Wooded Hills Rd
Pendleton, KY 40055

Morgan Adams
305 S Sunblest Blvd
Fishers, IN 46038

Morgan Black
3446 Birchwood Ave
Indianapolis, IN 46205

Morgan Christina Gibson
7903 Hall Court
Louisville, KY 40291

Morgan Coffey
300 Brentford Drive
Louisville, KY 40245

Morris Investments LLC
Burdorf Properties, LLC
3939 Shelbyville Road
Louisville, KY 40207

Muscle Foods USA
100 Keystone Industrial Park Road
Unit 1
Dunmore, PA 18512

Nadia N Barrera
9201 Trentham Lane
Meadow Vale, KY 40242

Nancie Homan
1029 Old State Route 74
Batavia, OH 45103

Nashcam Retail Units, LLC
c/o OneCity Mgmt
8 City Blvd, Suite 402
Nashville, TN 37209

Natalie Claire Vance
12211 Ridgeview Drive
Goshen, KY 40026

Natalie Marie Stavroulakis
9201 Trentham Lane
Briarwood, KY 40242

Natalie Ta
7903 Wooded Ridge Drive,
Louisville, KY 40214

Nathan Anthony Wieting
1904 Strathmoor Blvd
Louisville, KY 40205

NextHR Solutions
6225 Sheridan Drive
Suite 306
Willimasville, NY 14221

North by Colorado Media Group
13395 Voyager Pkwy Suite 130
Colorado Springs, CO 80921

Olivia Kirchem
1202 Clear Meadow Pl
Louisville, KY 40245

Olivia Smith
5340 Grapevine Dr
Indianapolis, IN 46235

Pauli Hancock
10 Rockland Ct
Frankfort, KY 40601

Peyton Meadows
9128 Cranesbill Trace
Prospect, KY 40059

Phoebe Junia Moon
1818 Wesley Court
Jeffersonville, IN 47130

Pierce O'Neal
528 Indiana Avenue
Jeffersonv, IN 47130

Pima Centre Partners Lot 1S LLC
c/o Grosvenor Holdings
11811 N. Tatum Boulevard, Ste. 1060
Phoenix, AZ 85028

Plaza At Polaris Pointe Shops, LLC
13540 Meadowgrass
Suite 200
Colorado Springs, CO 80921

Power Road Retail Properties, LLC
7515 East First Street
Scottsdale, AZ 85251

ProGuard
PO Box 32027
New York, NY 10087

Regency Blue Ash
1 Independent Drive
Suite 114
Jacksonville, FL 32202

Renee A Jeffries
3012 Clearstream Way
Jeffersonville, IN 47130

Rent - Deerfield (RPT Realty)
PO Box 350018
Boston, MA 02241-0518

Rent - Monument Circle (Guaranty Holding
c/o Premier Commercial
6284 Rucker Road
Suite M
Indianapolis, IN 46220

Ricardo Anthony James
1640 Crossridge Lane
Louisville, KY 40222

Riverton CenterCal 2, LLC
1600 East Franklin Ave
El Segundo, CA 90245

Riverwalk Land Investment, LLC
166 East 14000 South
Suite 210
Draper, UT 84020

Ron Nelson
4057 Sherbourne Drive
Independence, KY 41051

Ron Wyckoff
5439 Rue Monet
Indianapolis, IN 46220

RPT Realty, L.P.
20750 Civic Center Drive
Suite 310
Southfield, MI 48076

Savannah Joy Fall
4905 Higgins View Lane
Fisherville, KY 40023

Saylor Hankins
10724 Worthington Lane
Prospect, KY 40059

Scarlett Mullaney
1202 Clear Meadow Place
Louisville, KY 40245

SE Broward & Federal LLC
225 S. Fifth Street
Coral Springs, FL 33065

Sean Bingham
15 Glennwood Rd
Louisville, KY 40222

Shannon Little
606 Turtle Creek Drive
#3
Homecroft, IN 46227

Shannon M Mattox
511 Emerson Dr
Fortville, IN 46040

Sherkia Collins
11109 Oak Ave
Blue Ash, OH 45242

Six S 114, LLC
4733 S. Commerce Dr.
Murray, UT 84107

Smart Care Equipment Solutions
PO Box 74008980
Chicago, IL 60674-8980

SPF15, LLC
8701 East 116th Street
Fishers, IN 46038

SRP
PO Box 2951
Phoenix, AZ 85062-2951

State of IN (DOR)
PO Box 7218
Indianapolis, IN 46207

State of KY (DOR)
501 High Street
Frankfort, KY 40601

State of OH (DOR)
PO Box 2679
Columbus, OH 43270

Station Park CenterCal Owner, LLC
c/o CenterCal Properties, LLC
1600 East Franklin Ave
Gardena, CA 90248

Station Park CenterCal Owner, LLC
1600 East Franklin Ave
El Segundo, CA 90245

Stephanie McKune
165 Thierman Lane
Unit 116
Louisville, KY 40207

Stone Ground Bakery Inc
1025 S 700 W
Salt Lake City, UT 84104

Susan Fullerton
233 Virginia St
Sellersburg, IN 47172

Switchbacks FC, LLC
111 W Cimarron Street
Colorado Springs, CO 80903

Sydny Brown
4186 Heitz Avenue
Jeffersonville, IN 47130

Tashiana A McKinley
107 S. 44th Street
Louisville, KY 40212

Taysir Khatib
332 Cranbury Way
Louisville, KY 40245

Tea Marie Mullaney
1202 Clear Meadow Place
Louisville, KY 40245

Terrence Green
2522 Homestead Pl
Apt 2
Cincinnati, OH 45211

Thomas A Eckhardt
7642 S Allison Circle
Apt F
Littleton, CO 80128

Tia Cuthbertson
11145 Kenwood Rd
142
Blue Ash, OH 45242

TLA Investments
1449 Bardstown Road
Suite 200
Louisville, KY 40204

Travelers
Insurmax
PO Box 20829
Louisville, KY 40250

Tyler Allshire Panepinto
755 Braeside South Drive
Indianapolis, IN 46260

Tyra Berry
3013 Callaway Drive
Jeffersonville, IN 47130

US FOODS
PO Box 78000 Dept #78792
Detroit, MI 48278-0792

USquare, LLC
1055 Saint Paul Place
Cincinnati, OH 45202

VP-11, LLC
7393 Pete Andres Road
Floyd Knobs, IN 47119

Vyvianna Howard
8010 Orchid Lane
Indianapolis, IN 46219

Whitestown Perry Worth, LLC
201 Riverplace
Suite 400
Greenville, SC 29601

Wilder Wesley Whorton
1911 Overlook Terrace
Louisville, KY 40205

Will Avery Hauger
4824 Kingfisher Way
Louisville, KY 40213

Yolanda Miles
2014 Millvale Ct
Cincinnati, OH 45224

Zachary Daniel Biddle
910 Stonebench Circle
Jeffersonville, IN 47130

Zane Riley Lewis
1228 East Broadway
Apt B
Louisville, KY 40204

# United States Bankruptcy Court
## Western District of Kentucky

In re __Green District Franchisee Parent Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Green District Franchisee Parent Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CGGD Franchisee, LP**
**201 E. Jefferson St., Ste. 150**
**Louisville, KY 40202**

☐ None [*Check if applicable*]

**August 18, 2023**

Date

**/s/ Dean A. Langdon**

**Dean A. Langdon**

Signature of Attorney or Litigant

Counsel for __Green District Franchisee Parent Inc.__

**DelCotto Law Group PLLC**
**200 North Upper St.**
**Lexington, KY 40507**
**(859) 231-5800 Fax:(859) 281-1179**